UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24711-BLOOM/Otazo-Reyes

ROSALBA ODIO ALVAREZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, ECF No. [3] ("Motion"). The Motion represents that Plaintiff earns no wages, has no money in a checking or savings account, and has no credit cards, but notes that her monthly expenses are paid from her husband's SSI check. *Id.* at 2. She also indicates that her husband owns a car worth approximately $700.00, and that owes debts of $218.00 in unpaid medical expenses and $40.00 to JMH. *Id.*

Upon review of the record, the Court determines that Plaintiff is unable to pay the court filing fee, as required for indigent status under 28 U.S.C. § 1915. "When a court grants a litigant leave to proceed IFP, the officers of the court must 'issue and serve all process.'" *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915[.]"). Plaintiff filed her proposed summonses. *See* ECF Nos. [1-4], [1-5], & [1-6].

Case No. 20-cv-24711-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [3]**, is **GRANTED**. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Office of the U.S. Marshal, which shall undertake to **SERVE** on Defendant the Complaint and the proposed summonses.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 17, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record